IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**TINA MARIE WELLS,**

    Petitioner,

v.                                           Civil Action No. **3:14CV271**

**UNKNOWN,**

    Respondent.

## MEMORANDUM OPINION

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on May 27, 2014, the Court directed Petitioner to complete and return, within fifteen (15) days of the date of entry thereof, an affidavit in support of her request to proceed *in forma pauperis* or pay the $5.00 filing fee. More than fifteen (15) days have passed and Petitioner has not returned the required *in forma pauperis* affidavit.

Petitioner has failed to pay the assessed fee or adequately explain any special circumstances warranting excuse from payment. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. The Court will DENY a certificate of appealability.

An appropriate Order shall issue.

Date: 7-24-14
Richmond, Virginia

                              /s/
                     **James R. Spencer**
                **Senior U. S. District Judge**